# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-957
_____

ANNE-MARI ERIKSEN,

    Appellant,

v.

CHRISTOPHER IKNER,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Jonathan Sjostrom, Judge.

September 26, 2018

PER CURIAM.

    AFFIRMED.

MAKAR, KELSEY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Morgan L. Weinstein of Weinstein Law, Hollywood, for Appellant.

Christopher Ikner, pro se, Appellee.